# EXHIBIT 1

08/09/2007 01:32 PM

\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*  1/1



**U.S. Nursing Corporation**

*Expect more from us.*

Executive offices:
6501 S. Fiddler's Green Circle, Suite 200, Greenwood Village Colorado 80111
(800) 279-6877
Fax (800) 856-0671
Job Action – Staffing Agreement

## ENDORSEMENT PAGE

This Staffing Agreement shall be effective as of this _____ day of _____, 2007.

This Endorsement Page is part of the attached Job Action – Staffing Agreement between Appalachian Regional Healthcare and U.S. Nursing Corporation, a copy of which agreement is attached herewith.

Item #1          Retainer: WAIVED

Item #2          Hourly Rate: $67.00, pursuant to paragraph B.3.a.i., of the attached Agreement

1. The confirmation of availability of staff shall constitute a reasonable inquiry of Corporation to determine whether duly licensed staff with skills required by facility are available on its database and have expressed an interest in working at Facility during a strike or otherwise may be available to work during a strike at the Facility. Such confirmation under paragraph B.1.c. of the Job Action-Staffing Agreement does not constitute a promise that a definite and certain number of nurses are available or are or will be scheduled to report for work on a particular day.

2. Corporation acknowledges that it has been retained by Facility to provide temporary strike replacement personnel for patient care assignments vacated by Facility's regularly employed staff while they are lawfully engaged in a strike or other concerted activities protected under the National Labor Relations Act (NLRA). Corporation shall not engage in the use of physical violence, threats, coercion, intimidation or any other activity in violation of section 8(a)(1) of the NLRA against Facility's staff, nor shall it engage in any threats to assault, interfere, restrain or coerce employees engaging in any activity that is protected under Section 7 of the NLRA.

3. The airfare rate referenced in paragraph B.3.f. will be capped upon receipt of staffing order.

4. Within three weeks of executed agreement, Corporation will provide an onsite visit.

5. Section B.3.b, regarding Market Wage Adjustment will be agreed to by Facility in advance.

For Facility:

Appalachian Regional Healthcare
1285 Lexington Drive
Lexington, KY 40505

_____
Signature
JERRY W. HAWER, PRESIDENT / CEO
Name and Title

For Corporation:

US Nursing Corporation
6501 S. Fiddler's Green Circle, Ste#200
Greenwood Village, CO 80111

_____
Signature

_____
Name and Title
PRES / CEO

**EXHIBIT**

tabbies

1

## JOB ACTION STAFFING AGREEMENT

Identification Of Parties

This Job Action Staffing Agreement (hereinafter referred to as "Staffing Agreement") for registered nurses and other healthcare personnel is entered into between Appalachian Regional Healthcare, having its principal place of business at 2285 Executive Drive, Lexington, Kentucky, (hereinafter referred to as "FACILITY") and U.S. Nursing Corporation, a Colorado corporation (hereinafter referred to as "Corporation").

Whereas, Corporation is in the business of recruiting qualified registered nurses and other healthcare personnel (hereinafter referred to as "staff") to provide quality patient care to health care facilities; and

Whereas, FACILITY operates various inpatient and outpatient health care facilities and provides various health care services and potentially has the need for supplemental health care staffing at such facilities;

Therefore, FACILITY and Corporation do hereby agree as follows:

### A. Corporation Obligations

"Best Efforts" To Fill Vacancies

1. Corporation shall use its best efforts to provide staff as needed to meet FACILITY's operational requirements as communicated pursuant to this Staffing Agreement. All staff shall have the qualifications requested by FACILITY and required by any other law, regulation, or requirement of any other accreditation or licensing agency. It is the intention and expectation of the parties that with Corporation's assistance, sufficient staff will be available to FACILITY to allow it to continue a desired full range of clinical services.

   a. Corporation shall include a compliance record which shall contain the following: HIPAA Compliance, OSHA Standards-Bloodborne Pathogens, Age Specific Competencies, Cultural Awareness Competencies, Safety Orientation, Material Safety Data Sheets (MSDS), Domestic Violence, Pain Management, Preventing Medication Errors, Proper use of Restraints, Patient's Bill of Rights, Tuberculosis and Safety Awareness. FACILITY specific competencies shall be provided by FACILITY.

   b. Corporation acknowledges Staff provided may need to be reassigned (float) to other departments within FACILITY. Reassignment may only occur if the duties are reasonably consistent with the Staff Member's license, experience and competency.

2. By way of illustration of the services to be provided by Corporation under this Staffing Agreement, and without limiting the nature or extent of Corporation's obligations hereunder, Corporation's

1

## JOB ACTION STAFFING AGREEMENT

obligations under Paragraph 1 shall include:

- Assisting FACILITY's nursing management to determine the staffing plan necessary to continue patient care on nursing units;
- Provide FACILITY with a confidential comprehensive contingency action plan handbook;
- Reviewing and recommending changes to FACILITY's strike plan;
- Assisting FACILITY in the preparation of press releases and other communications to the community, medical staff, volunteers, directors and employees;
- Assisting the FACILITY's human resources department in the development of training programs for FACILITY's supervisors and management personnel;
- Suggesting training and methods for the post strike integration of striking nurses back into the FACILITY workforce.

| | |
|---|---|
| Public Relations Issues and Statements | 3. Corporation shall not issue any statements or respond to any press questions or in any way express any views regarding the labor negotiations taking place between the FACILITY and union or services being performed under this Agreement without the express written consent of FACILITY. |
| | 4. Corporation makes no representations or warranties of any kind with respect to whether or not FACILITY shall maintain any level of patient census or other patient care service during any strike. Corporation assumes no responsibility in connection to whether or not physicians continue to admit patients to Hospital, or that patients elect not to seek Hospital services during the strike, or that any number of bargaining unit nurses will cross the picket line, or not strike, or that staff supplied by Corporation during a strike will maintain FACILITY's desired level of patient care activity. |
| Corporation Availability | 5. Corporation shall assign management representatives to be available for consultation and telephonic communication 24 hours a day in Denver, San Francisco, or New York and on site as appropriate. |
| | 6. Corporation shall arrange and provide travel and housing for all staff ordered or scheduled to work at FACILITY during the job action. |
| Staff Orientation | 7. Corporation shall provide nonprofessional orientation, which shall include appropriate manuals and handbooks as approved by FACILITY. |
| Availability of Employee File | 8. Corporation shall provide FACILITY with applicable information including licensing data, skill guides, references, copies of licenses, and other data requested by FACILITY regarding each staff member. Files for staff shall be available in Facility for inspection by FACILITY. All Staff information, including but not limited to files or |

2

## JOB ACTION STAFFING AGREEMENT

profiles are considered to be confidential and proprietary information of Corporation and shall be restricted to Facility use only, unless otherwise agreed to in writing.

**Corporation Is Employer Of Staff**

9. Corporation shall have full and complete control over the payment of all compensation to Corporation's staff provided to FACILITY under this Staffing Agreement. Corporation agrees that all such provided staff are not employees of Facility and that Corporation shall further:

a. Pay all staff working at FACILITY weekly at rates in compliance with all applicable State and Federal laws and regulations.

b. Have sole responsibility for ensuring that any and all applicable State and Federal income tax withholding and contributions, social security tax withholding and contributions, workers' compensation coverage obligations, and any other employment law requirements for staff provided under this Staffing Agreement are complied with and paid.

**Corporation Shall Hold FACILITY Harmless For Wage Claims**

c. Indemnify, defend, save, and hold harmless FACILITY and its responsible officers from any and all liability FACILITY may incur for compensation and any other employer liability arising out of FACILITY's use of staff provided by Corporation under this Staffing Agreement.

**Confidentiality**

d. Maintain the confidentiality of FACILITY and patient information in accordance with the privacy provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and all other applicable laws and administrative regulations. Specifically, Corporation and its employees and agents shall not (a) remove any privacy protected information from FACILITY's or any of its affiliates' premises, (b) use or disclose any confidential information for any reason other than to fulfill the purposes of this Staffing Agreement, and (c) shall secure all confidential information to prevent unauthorized access to it. If Corporation receives a request for FACILITY's confidential information from any third party, including any governmental agency, Corporation shall promptly notify FACILITY and cooperate with FACILITY to protect the confidentiality of the information.

**Health Information Privacy Regulations**

e. Acknowledge it may be considered a "Business Associate" and be subject to privacy rules to protect health information from unlawful disclosure under 45 CFR §164.501 et seq., and shall execute an agreement as either provided by FACILITY or as drafted by Corporation, to be bound by such rules and regulations.

10. Corporation shall not give any gratuities or perquisites to any FACILITY employee.

3

## JOB ACTION STAFFING AGREEMENT

Insurance

11. Corporation shall maintain and provide evidence of malpractice insurance for staff working at FACILITY for coverage of $1,000,000 per occurrence and $3,000,000 in annual aggregate. In addition, Corporation warrants that it has insurance for general property liability for coverage of $1,000,000 per occurrence and $3,000,000 in annual aggregate. Also, Corporation maintains an umbrella insurance policy for supplemental coverage up to $4,000,000. A current certificate of insurance shall be provided to FACILITY upon request.

### B. FACILITY Obligations

I. FACILITY shall order Corporation to secure staff for stand-by for FACILITY's vacant assignments in one-week increments as follows:

Determination Of Appropriate Levels Of Patient Care

a.  Determination of Staff Needs

Prior to placing its order, FACILITY shall meet and confer with Corporation's nurse management team to determine the desired staff ratios, hours per patient day, and number and type of staff needed to continue clinical operations for forecasted levels of patient care during the job action. In such determination, consideration shall be given to acuity levels of patients so that Corporation's staff can deliver an appropriate and safe level of care. The result of this recommended level of staff determined by FACILITY and Corporation shall be a guide for FACILITY in making its order for staff. However, the number and skill mix of staff ordered shall be made at the sole discretion of FACILITY.

b.  Staff Schedules – Shift Guarantee

Minimum Workweek: 60 Hours 1st Week And 48 Hours For All Weeks Thereafter

I)      A "shift" shall be considered one continuous twelve (12) hour day unless FACILITY and Corporation agree otherwise.

II)     FACILITY shall schedule sufficient "shifts" each "workweek" so that all staff embarking to FACILITY shall be guaranteed a minimum of five shifts in the first "workweek" and four shifts per "workweek" thereafter.

III)    The initial "workweek" for all staff shall begin on the first scheduled day for Corporation's employees to begin their assignments as determined by Corporation and FACILITY. All successive "workweeks" for all staff shall begin on the same day of the week as that on which initial "workweek" began.

IV)     If a staff member works less than the guaranteed number of shifts in a "workweek" because of lack of availability of work, FACILITY shall be required to pay Corporation only the straight

## JOB ACTION STAFFING AGREEMENT

time for each guaranteed hour not worked. This paragraph shall not apply to the "workweek" in which the strike ends and the termination procedures described in paragraph B.1.g.iii. shall apply.

**First Order At 10-Day Notice By Union**

c. General Order for Staff – Order for Staff to Standby

To adequately provide orientation, and select the best-qualified and available personnel for patient care assignments to travel to FACILITY, it is recommended that FACILITY place a General Order for staff to be recruited and scheduled by Corporation to be on stand-by status upon receipt of the strike notice. This order shall be for at least 50% of the staff determined by FACILITY in Paragraph B.1.a. above, that would be needed to provide the anticipated clinical operations for forecasted levels of patient care during the job action. FACILITY may increase or decrease its order for staff up to 5 days (120 hours) before the scheduled start date of the strike.

**The numbers of staff ordered and the timing of the order shall be in the sole discretion of FACILITY.**

**Order Made By Payment of Recruitment and Retention Service Fee**

d. General Order Made By Payment of Recruitment and Retention Service Fee

FACILITY shall place a General Order for staff by payment of the Recruitment and Retention Service fee, which shall be the sum of $500.00 for each nurse, as ordered per section B.1.c. This fee shall be placed with Corporation within the first full banking day following FACILITY's receipt of the 10-day notice of strike. This fee shall be the authorization by FACILITY for Corporation to recruit and schedule staff to be on stand-by status to work during the strike. Corporation shall apply $250.00 per nurse of said Recruitment and Retention Service fee to the post reconciliation of actual strike expenses.

e. First Estimated Invoice for Order for Staff to Embark on Job Action

**Order For Staff To Travel To FACILITY**

I) Approximately three banking days prior to the anticpated job action, if a settlement between FACILITY and union is not reached, it is recommended FACILITY issue to Corporation an Order to Embark for staff to travel. The Order constitutes an order for a certain number of staff members to travel and be ready to work.

**Timing Of Order To Embark Payment**

II) The Order to Embark is confirmed by a First Estimated Invoice, at least three banking days prior to the scheduled start date of the assignment. For example, if the strike is scheduled to start Tuesday, then this deposit is due on Friday of the previous week.

5

## JOB ACTION STAFFING AGREEMENT

| | |
|---|---|
| Payment Applied To Last Week Of Strike | III) The First Estimated Invoice shall constitute five shifts for each staff member ordered, including any wage adjustment; and shall include an estimate of weekly costs for travel and housing expenses. Such amounts shall be credited against the last week of the strike. |
| Credits For Facility For Payments Made | i. Should the job action be cancelled or postponed prior to the date of the strike, this payment for staff that has not yet embarked for assignment shall be refunded to FACILITY or credited against any other amounts payable to Corporation. |
| Indefinite Strike -- Invoice For 1st Week Of Strike | f. Second Estimated Invoice for First Week of Strike<br><br>Before strike begins and at the first orientation of staff who have arrived to work during the strike, Corporation shall submit an invoice to FACILITY for the estimated hours to be worked during the first week of the strike and expenses to be incurred under paragraph B.3.e. and B.3.f. This Second Estimated Invoice shall be paid by FACILITY at the commencement of the strike. No payment shall be required for housing if arrangements have been made for FACILITY to pay this expense directly to the provider. |
| | g. Subsequent Weeks and Staffing Agreement Termination<br><br>I) Payment for subsequent weeks of the job action shall be invoiced by Corporation, and due and payable on the first day of each subsequent week of the job action. |
| Changes To Work Schedule | II) It is acknowledged and agreed that following the first scheduled week of the assignment, FACILITY may reduce or increase the total scheduled staff to be provided by Corporation by written notice delivered to Corporation prior to the effective date of the change. FACILITY shall endeavor to keep Corporation apprised of its staffing needs as they are determined or anticipated by FACILITY management in order to minimize expenses for travel, housing, and other costs related to staging personnel to work on nursing units. |
| Notice Of Staffing Agreement Termination | III) Should Facility resolve its staffing problem with its employees, FACILITY may then elect to terminate this Staffing Agreement by giving notice to Corporation and then scheduling at least two (2) additional shifts for each staff member then on assignment at FACILITY to be completed within four (4) days of such notice. Said additional shifts shall commence with and include the shift then in progress once notice to Corporation is given. |

6

## JOB ACTION STAFFING AGREEMENT

2. FACILITY shall accept qualified personnel referred by Corporation to fill staff vacancies pursuant to requests under section A.1. and shall:

   a. Exercise complete supervision over the job performance of all staff provided to FACILITY by Corporation.

   b. Provide professional orientation, which shall be considered as time worked by staff. The amount, type, and duration of such orientation shall be determined by FACILITY at its sole discretion with prior notice given to Corporation.

**FACILITY's Right To Cancel Or Terminate Staff Members**

   c. Have the right to end any assignment of any staff member at any time, without penalty, for any lawful reason  FACILITY shall be responsible for the cost of the staff member's housing for one (1) additional day and for the staff member's return transportation, provided, however, if said staff member is terminated as having been determined to be professionally unsatisfactory, FACILITY's obligation shall be only for actual hours worked by said staff member.

**Performance Appraisals Of Staff**

   d. At all times during the course of this Staffing Agreement FACILITY is responsible for determining the professional standards of work and is permitted but not required to periodically conduct performance evaluations on staff assigned to work pursuant to this Staffing Agreement.

**Notify Corporation of Worker Injuries and Unexpected Incidents**

   e. Notify Corporation's authorized representative immediately if any staff member provided under this Staffing Agreement is involved in an accident while working at FACILITY. FACILITY further agrees, if the injuries resulting from such an accident are minor, to provide medical care to the affected Corporation employee through FACILITY's employee health service department as it would do for its own employees, at no charge for FACILITY's services if such services are in the nature of First Aid. Injuries of a more serious or long-term nature shall be submitted for payment under Corporation's Workers' Compensation Insurance coverage.

Report to Corporation any unexpected incidents, including errors, unanticipated deaths and other events, injuries, and safety hazards related to the care and services provided by Corporation Staff Members.

**Lost Property**

   f. Not be responsible for personal property of Corporation's staff or management personnel that is lost, stolen, or damaged.

3. Payment Terms:

7

## JOB ACTION STAFFING AGREEMENT

a. Hours Worked

**Hourly Rate Charged**

   I) FACILITY shall pay Corporation for each registered nurse an hourly rate per hour as indicated on the attached endorsement page plus any applicable market wage adjustment for the first forty (40) hours worked each workweek.

**Overtime Rate**

   II) FACILITY shall pay Corporation an "overtime" rate of 1.4 times the hourly rate above when Corporation is required to pay its Staff at overtime rates. Overtime rate will be charged after forty (40) hours worked in a week.

   III) Corporation shall invoice FACILITY on a weekly basis for all services and expense transactions per §B.3, which shall be payable on the first day of each workweek.

b. Market Wage Adjustment Specialty Staff Requirement Order Guarantee - Corporation agrees to acquire and schedule staff to work according to FACILITY's specialized needs. The hourly rate(s) specified in this Staffing Agreement includes all specialty area requests. The hourly rate specified for staff in this section is predicated upon Corporation's compensation of its experienced registered nurse staff at a pay rate of $40.00 per hour.

   I. First Week of Strike:

**Market Wage Adjustment To Hourly Rate**

In securing FACILITY's replacement staff, Corporation may determine that job market conditions reasonably require it to adjust rate of pay upward for some or all job classifications working at FACILITY. In such instance, Corporation shall notify FACILITY in writing prior to the strike of (1) the job classifications whose wages that shall be adjusted for the first week of the strike; and (2) the amount of each adjustment, expressed as an hourly wage rate. These rates shall be effective for the first week of the strike.

   II. Second and Subsequent Weeks of Strike:

Prior to the start of the second week of the strike, FACILITY and Corporation shall meet and confer to discuss the necessity of continuing to apply the Market Wage Adjustment to the hourly rate and shall endeavor to collaboratively determine measures that can be taken to lessen any financial impact including the costs of hotels and transportation.

**All Adjustments In Straight Time Rate Go To**

   III. Adjustments to Staff:

Corporation warrants that any adjustment to the hourly rate by operation of the Market Wage Adjustment factor under

8

## JOB ACTION STAFFING AGREEMENT

| | |
|---|---|
| Salary Of Staff | this paragraph shall not result in an increase to Corporation's profit margin, and that the increase in the straight time shall be directly paid to staff under this Staffing Agreement. |

c. On-call Assignments and Delays

Option To Reduce Staff Expenses By Placing Staff On-Call

    I) <u>On-call Assignments</u> - "On-call" shall be those hours in which staff members are designated to be available to report to work within thirty (30) minutes of notification. Typically, this is a situation where the FACILITY, in lieu of scheduling additional staff to work a shift, decides instead to have staff stay at the hotel and be ready to report for work within thirty (30) minutes, if needed. When staff "on-call" are called into work, on-call pay ceases, and the staff then receives straight time for all hours worked during the call-back work period, unless hours worked exceeds forty (40) and then those hours will be billed at 1.4 times the hourly rate.

    II) <u>Rate of Pay for On-Call</u> – For the period of time each staff member is on-call, FACILITY shall pay Corporation $7.00 for each hour such staff member is on-call. During a job action, if staff members are placed in an on-call status and are called back, on-call pay shall cease and FACILITY shall pay overtime rates (as per section B.3.a.III) for each callback hour.

    III) <u>Delay</u> – If FACILITY agrees with the union to delay the start of the strike by at least twenty four (24) hours, Facility shall pay Corporation for eight (8) hours at straight time per day of delay for each Staff who has arrived to work the first day of the strike.

Overtime For Holidays Worked

d. <u>Holiday Hours Worked</u>

In addition, FACILITY shall be required to pay Corporation the overtime rate for any staff working during any FACILITY holidays, as well as any of the following holidays for any hours from 7:00 p.m. on the eve of said holiday through 7:00 a.m. on the day after the holiday. The holidays to which this paragraph applies are: Thanksgiving, Memorial Day, July 4th, Labor Day, New Year's Day, and Christmas Day.

Expenses

Housing

e. <u>Expenses</u>

    I) FACILITY shall be responsible for the housing expenses of each staff member at lodging mutually agreeable to Facility and Corporation or provide appropriate housing with Corporation approval. FACILITY and Corporation shall jointly determine the appropriate location(s) and cost(s) of hotel or other housing units to be provided to staff members.

Corporation To

    II) Corporation shall be responsible to provide hotel rooms as

9

## JOB ACTION STAFFING AGREEMENT

Secure Own
Management
Rooms

Corporation's operation headquarters and shall assign its administrative staff to provide full-time operational support in connection with this Staffing Agreement.

Temporary
License Fees &
Expenses

III) FACILITY shall reimburse Corporation for all expenses incurred from the expedited licensing of staff residing out of state who are not currently licensed in the state, and for classified advertising, not part of Corporations regular recruitment campaigns, directed solely for filling Facilities staffing needs, if such expenses are approved in advance by FACILITY.

f.  Transportation

Travel Costs For
Staff Reporting
For Work

For staff residing more than 200 miles from City, airfare shall be paid to Corporation in an amount equal to the lowest published "Y-Fare" from each staff member's city of origin to the Metropolitan area. FACILITY shall reimburse Corporation for all ground transportation between the hotel and FACILITY. Corporation shall be responsible for all costs associated with staff transportation from and to the airport and hotel or housing locations.

**At no time shall any further liability be incurred by FACILITY for the services of Corporation's management or support personnel or its contractors on assignment to facilitate operations with the FACILITY.**

g.  Applicable Taxes

Unless a Certificate of Exemption is provided to Corporation, FACILITY shall be responsible for paying Corporation an additional amount for sales taxes at a rate to be determined by State Law. In addition, FACILITY shall be responsible for any applicable gross receipts, business and /or occupational taxes at a rate to be determined by State law. These amounts shall be detailed on each invoice submitted to FACILITY.

4.  FACILITY shall provide at no cost to Corporation during the term of this Agreement:

Arrangements
Required At
Strike Site

a.  Available office space with unique door locks and sufficient telephone lines. One key shall remain in the possession of a designated FACILITY Executive and one key shall be maintained by Corporation. Such office space shall be suitable for having Corporation's management staff conduct private conferences, to manage staffing schedules, and to meet with nursing and FACILITY management in a manner appropriate for confidential or privileged business discussions.

b.  Access to a facsimile machine, a heavy-duty copier and sufficient parking spaces in a secured area within FACILITY

## JOB ACTION STAFFING AGREEMENT

confines.

**Option To Continue Use Of Staff After Job Action**

5. Upon reasonable notice to Corporation, FACILITY shall have the option to require Corporation to continue to staff for shifts not filled by returning striking employees. Corporation shall use its best efforts to poll its workforce at FACILITY to fill such vacancies and shall provide necessary training and orientation to ensure that Corporation's staff is integrated into the post-strike working environment. During this period, the terms of this Staffing Agreement shall apply. At a mutually determined date following the full integration of striking personnel returning to work and diminishment of labor relations disputes and vestiges of the strike, FACILITY shall have the further option to convert this Staffing Agreement to a Travel Nurse Agreement.

### C. Access to Books and Records

1. For the purpose of implementing §1(v)(1)(1) of the Social Security Act, as amended, and any written regulations thereto, Corporation agrees to comply with the following statutory requirements governing the maintenance of documents to verify the cost of services rendered under this Staffing Agreement.

**Medicare Disclosure Requirements**

2. Until the expiration of four (4) years after the furnishing of such services pursuant to this Staffing Agreement, Corporation shall make available, upon written request, to the Secretary of Health and Human Services or to the Comptroller General, or any of their duly authorized representatives, this Staffing Agreement and books, documents, and records of Corporation that are necessary to certify the nature and extent of such costs; and,

3. If Corporation carries out any of the duties of the Staffing Agreement through a subcontract, with a value or cost of $10,000 or more over a twelve (12) month period with a related organization, such subcontract shall contain a clause to the effect that until the expiration of four (4) years after the furnishing of services by Corporation pursuant to such subcontract, the related organization shall make available, upon written request to the Secretary of Health and Human Services, or the Comptroller General, or any of their duly authorized representatives, the subcontract and books, documents, and records of the related organization that are necessary to certify the nature and extent of the costs of the services of the subcontractor.

4. If Corporation is requested to disclose books, documents, or records pursuant to Paragraph 2 and 3 of this section above, Corporation

11

## JOB ACTION STAFFING AGREEMENT

shall notify FACILITY immediately of the nature and scope of such request and shall make available, upon request of the FACILITY, all such books, documents, or records.

### D. General

| | | |
|---|---|---|
| Exclusive Provider Status | 1. | Pursuant to Paragraph B.1.c., FACILITY may modify its order for staff for a period up to five (5) days prior to the scheduled start date of the strike. For four (4) days following the acceptance by Corporation of FACILITY's final modified order, Corporation shall have the exclusive right to staff all shifts vacated by striking personnel. If additional staff is ordered during this four (4) day period, Corporation shall have four (4) days to fill the order. |
| Period To Cure | 2. | Should FACILITY become insecure regarding the filling of specific assignments following such exclusivity period, FACILITY shall give Corporation a written request to confirm the filling of specific assignments within twenty-four (24) fours of such request. However, nothing in this paragraph shall prohibit FACILITY from obtaining staff from temporary agencies with which FACILITY has had a pre-existing business relationship outside the context of a labor dispute, nor from continuing to use staff who are under travel contracts with FACILITY or any other per diem staff who shall be hired or who are currently on FACILITY's payroll. In addition, nothing in this paragraph shall prohibit FACILITY from hiring permanent or temporary staff replacements on its own payroll. |
| Use Of Other Agencies | 3. | Nothing in this Staffing Agreement shall prohibit FACILITY from securing or retaining personnel to work on temporary assignments at FACILITY who first commence work prior to FACILITY's receipt of a strike notice. |
| | | a. Corporation shall notify FACILITY if Corporation utilizes any subcontractor to fill FACILITY's request for Staff. |
| Non-Solicitation | 4. | The parties agree not to solicit the others' employees for employment or as independent contractors at the other's place of business nor through an affiliate, nor as employees of any other agency. Neither parties' employees may be placed on the other's payroll and/or work for the other party for one year following their final work date, without written approval from the other party. |
| Counterparts | 5. | This Staffing Agreement may be executed in two or more counterparts, each of which shall be deemed original, but all of which taken together shall constitute one and the same instrument. |
| | 6. | This Staffing Agreement and attached endorsement page embodies the entire understanding of the parties. |
| | 7. | There are no further or other agreements or understandings, written |

## JOB ACTION STAFFING AGREEMENT

or oral, in effect between the parties relating to the subject matter hereof, unless they are expressed in writing and signed by both parties.

**Applicable Laws**

8. This Staffing Agreement shall be constructed in all respects according to the laws of the state in which FACILITY resides applicable to agreements made and performed wholly within the state.

9. Any reference in this Staffing Agreement to any statute, regulation, ruling or administrative order or decree shall include, and be a reference to, any successor statute, regulation, ruling, or administrative order or decree.

10. The parties agree that each party has fully participated in the review and revision of this Staffing Agreement and that any rule of construction to the effect that ambiguities are to be resolved against the drafting party shall not apply in the interpretation of this Staffing Agreement or any amendment hereto.

11. It is expressly agreed and understood by the parties hereto that neither party is an agent, partner, or joint venturer with, or of, the other party. It is understood that Staff Members provided under this Agreement are not independent contractors of FACILITY but employees of the Corporation.

12. The parties do not intend the benefits of this Staffing Agreement to inure to any third party who is not a signatory hereto. This Staffing Agreement shall not be construed as creating any right, claim, or cause of action against either party by any person or entity not a party to this Staffing Agreement.

**Arbitration Of Disputes**

13. Any controversy or claim arising out of this contract, or the breach thereof, except controversies involving less than $5,000, or any non-contractual claims, shall be settled by arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration Association or other mutually agreed upon group such as JAMS/Endispute or the American Health Lawyers Association, and judgment upon the award rendered by the Arbitrator(s) may be entered in any Court having jurisdiction. Each party agrees to furnish all books and records in its possession that the Arbitrator(s) may consider necessary for proper determination of the controversy. Such arbitration shall take place in the state where FACILITY is domiciled. The parties hereby reserve all legal rights otherwise available to them in this matter.

**Confidentiality**

14. FACILITY and Corporation will maintain the confidentiality and exclusivity of this Staffing Agreement.

**Mutual Indemnity Clauses**

15. Corporation shall indemnify, defend, save, and hold harmless FACILITY, its officers, trustees, employees, attorneys and agents from any and all liability or damage that arises from (a) the negligent

13

## JOB ACTION STAFFING AGREEMENT

or intentional act or omission of Corporation, its employees or agents, including staff members assigned by Corporation to FACILITY pursuant to this Staffing Agreement; and (b) any and all employment claims made against Corporation or Corporation and FACILITY jointly.

16. FACILITY shall indemnify, defend, save, and hold harmless Corporation, its officers, directors, employees, attorneys and agents from any and all liability or damage which it may incur through the negligent or intentional acts or omissions of FACILITY or its employees, contractors, or agents, provided, however, that this paragraph shall not apply to liability or damage caused or reasonably appearing to have been caused by one or more striking employees or persons acting in concert or sympathy with such striking employees.

**Notices**

17. All notices which are required or permitted to be given pursuant to this Staffing Agreement shall be in writing and shall be sufficient in all respects if delivered by U.S. Mail, certified, postage prepaid and addressed to the receiving party or by confirmed fax or by confirmed overnight courier. The addresses and names as indicated on the attached endorsement page may be changed in the manner provided above for giving notice.

18. FACILITY and Corporation are equal opportunity employers.

19. Corporation certifies and affirms that any staff it would provide under this Staffing Agreement is not a person who repeatedly and habitually offers himself/herself for employment on a temporary basis where a lock-out or strike exists to take the place of an employee whose work has ceased as a direct consequence of a lock-out or strike.

20. Notwithstanding any other provision contained in this Staffing Agreement, each party remains responsible for ensuring that any service provided by it complies with all applicable Federal, State, and local statutes, rules, and regulations.

**Agreement To Not Disclose Contents Of Staffing Agreement**

21. Each party agrees to not disclose the contents or provide copies of this Staffing Agreement to any other person or organization without the express written permission of the other party, except to the extent required by law. Should this document be subject to a subpoena or request for production in any proceeding, the disclosing party agrees to promptly notify the other party so that it may seek a protective order prohibiting or restricting the terms of such production.

**Warranty That Corporation Is Not Excluded From Federal**

22. Corporation warrants that neither it nor any of its directors, officers, stockholders, or management employees nor employees being referred to work at FACILITY under this agreement have been convicted of a criminal offense or are or have been listed by a Federal or State Agency as debarred, excluded, or otherwise

14

## JOB ACTION STAFFING AGREEMENT

| | |
|---|---|
| Health Programs | ineligible for participation in Federal health care programs. |
| | 23. Corporation warrants that it is not currently excluded, disbarred, or otherwise ineligible to participate in the Federal health care programs as defined in 42 U.S.C. § 1320a-7b(f) or that it may be permissibly excluded from such programs because of any felony convictions of any of its officers, directors, stockholders, or management employees. |
| Good Corporate Standing | 24. Corporation warrants that it is a duly organized corporation organized under the laws of the State of Colorado, and is in good standing. |
| Nondiscrimination | 25. The parties shall not discriminate against staff on the basis of race, religion, color, age, sex, national origin, disability, sexual orientation or any other legally protected status. |
| Financial Solvency | 26. Corporation warrants that it is financially solvent and has sufficient cash resources to pay wages, pay taxes, and pay and provide statutorily required insurance coverage for all employees of Corporation in the fulfillment of its duties under this Staffing Agreement. |
| | 27. Corporation warrants that it shall not transfer, assign, or otherwise encumber this Staffing Agreement, or its receivables accrued under this Staffing Agreement, to any third party finance agency ("factor"), bank, or any other entity, without the approval of FACILITY. |
| | 28. This Agreement is effective as of the effective date stated on the attached Endorsement Page and shall be in effect for one year from that date. |

15