# EXHIBIT 7

a-8-14

**COMMONWEALTH OF KENTUCKY**
**LETCHER CIRCUIT COURT**
**CIVIL ACTION NO.: 08-CI-360**

**RALPH PROFITT, INDIVIDUALLY, AND**
**PATTY PROFITT, INDIVIDUALLY**                          **PLAINTIFFS**

**VS.**

**CORLEY MANUFACTURING CO.,**
**D/B/A CORLEY SAWMILL MACHINERY; ET AL**       **DEFENDANTS**

**AND**

**M&R CONSTRUCTORS, INC.**         **DEFENDANT/THIRD-PARTY PLAINTIFF**

**VS.**

**PINE MOUNTAIN LUMBER, LLC**          **THIRD-PARTY-DEFENDANT**

---

### FRATZKE DISCLOSURES

---

Come the Plaintiffs by counsel and for their Fratzke Disclosures and states as follows:

1) Past Medical Expenses… A sum not to exceed $1,500,000.00

2) Future Medical Expenses and Life Care Expenses…
   A sum not to exceed $3,500,000.00

3) Lost Wages…         A sum not to exceed $1,500,000.00

4) Pain, suffering, and mental anguish of Ralph Profitt…
   A sum not to exceed $12,000,000.00

5) Spousal Consortium for Patty Profitt… A sum not to exceed $5,000,000.00

6) Punitive Damages… A sum not to exceed 9x consequential/actual damages

7) By avowal, the Plaintiffs also submit that the each of the Profitt children have a loss of consortium claim not to exceed $2,500,000.00, each.

**EXHIBIT 7**

Respectfully submitted,

ADAM P. COLLINS, ESQ.
COLLINS & COLLINS, PSC
161 West Main Street
P.O. Box 727
Hindman, Kentucky 41822
(606) 785-5048

### CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing has been duly served upon the following hereto by mailing, postage prepaid, a copy of the same to:

Original to:

Letcher Circuit Court Clerk
156 Main Street
Whitesburg, Kentucky 41858

and copies to:

Randy Campbell, Esq.
Main Street
Hindman, Kentucky 41822

Ronnie M. Slone, Esq.
P.O. Box 909
Prestonsburg, Kentucky 41653

R. David Clark, Esq.
Jane C. Higgins, Esq.
Phillips, Parker, Orberson &
Moore, PLC
163 East Main Street, Ste. 130
Lexington, Kentucky 40507

Donald L. Jones, Esq.
P.O. Box 276
Paintsville, Kentucky 41240

Bayard V. Collier, Esq.
Boehl, Stopher & Graves, LLP
P.O. Box 1139
Pikeville, Kentucky 41502

W. Barry Lewis, Esq.
P.O. Box 800
Hazard, Kentucky 41702

Erich E. Blackburn, Esq.
Pamela T. May, Esq.
P.O. Box 1439
Pikeville, Kentucky 41502

James W. Craft, II, Esq.
21 N. Webb Street
Whitesburg, Kentucky 41858

Carl Brashear, Esq.
Bonnie Hoskins, Esq.
P.O. Box 24564
Lexington, Kentucky 40524

Byron K. Miller, Esq.
Kevin M. Murphy, Esq.
Christine M. Boschee, Esq.
734 West Main Street, Suite 400
Louisville, Kentucky 40202

Neal Smith, Esq.
Smith, Thompson, & Carter, PLLC
140 Scott Avenue
P.O. Box 1079
Pikeville, Kentucky 41502

This the 8th day of September, 2014.

_____
ADAM P. COLLINS, ESQ.